IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LOUVINIA LAMBERT, AS NEXT FRIEND TO D.R., A MINOR, AND VERLINE HARTMAN, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 9:20-cv-00097 JUDGE MICHAEL J. TRUNCALE |
| ANGELINA COUNTY, TEXAS AND SOUTHERN HEALTH PARTNERS, INC., | § § § § § | |
| *Defendants.* | § | |

## ORDER REGARDING SETTLEMENT

The Parties have advised the Court via a Joint Notice of Settlement [Dkt. 41] that the Plaintiffs, Louvinia Lambert, as Next Friend to D.R., a Minor, and Verline Hartman, and Defendant Angelina County, Texas, have reached a settlement and are in the process of finalizing the settlement agreement and dismissal papers. In that this matter involves a minor's settlement, the Court **ORDERS** the Parties to file a Joint Status Report on or before **February 11, 2022** advising the Court of the status of the settlement between these Parties. At that time, a hearing will be set to approve the minor's settlement.

**SIGNED this 12th day of January, 2022.**

                                                                      Michael J. Truncale
                                                                     United States District Judge