IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LOUVINIA LAMBERT, AS NEXT FRIEND TO D.R., A MINOR, AND VERLINE HARTMAN, Plaintiffs, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 9:20-CV-00097 |
| ANGELINA COUNTY, TEXAS AND SOUTHERN HEALTH PARTNERS, INC., Defendants. | § § § § | JURY TRIAL REQUESTED JUDGE MICHAEL TRUNCALE |

## PLAINTIFF'S FIRST AMENDED LIST OF TRIAL WITNESSES

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Louvinia Lambert, as next friend to D.R., a minor, and Verline Hartman, Plaintiffs in the above-styled and numbered cause, and submits their First Amended List of Trial Witnesses.

| Number | Witness Name | "Will" or "May" | Live or Deposition |
|---|---|---|---|
| 1 | Verline Hartman | Will | Live |
| 2 | Louvinia Hartman | Will | Live |
| 3 | The minor child, D.R. | Will | Live |
| 4 | Ryan Fowler, M.D. | Will | Live |
| 5 | Theodore Johns, M.D. | Will | Live |
| 6 | Leonard Vare | Will | Live |
| 7 | Sheila Wells | Will | Live |
| 8 | Deana Sunshine Renfro (f/k/a/ Deana Sunshine Turner) | Will | Live |
| 9 | Paige Nicole Richard | Will | Live |
| 10 | Stephanie Self (or corporate representative of SHP, if not Stephanie Self) | Will | Live |
| 11 | Job Mongarie, M.D. | Will | Live |
| 12 | Robert Eastwood | Will | Live |

| 13 | Grady Bazzell | Will | Live |
| --- | --- | --- | --- |
| 14 | Taylor Spinks | Will | Video Deposition |
| 15 | Stacy Fredieu | Will | Live |
| 16 | Brenda Munn | Will | Live |
| 17 | David Lambert | Will | Live |
| 18 | Judge Clyde Herrington | May | Live |
| 19 | Rainbow Dawn Kessner | May | Live |
| 20 | Courtney Kelly | May | Live |
| 21 | Keisha Wyatt | May | Live |
| 22 | Amanda Burns Wilkinson | May | Live |
| 23 | Jackie Williams | May | Live |
| 24 | Doug Conn | May | Live |
| 25 | Lt. Benjamin Bowman | May | Live |
| 26 | Thomas Strickland | May | Live |
| 27 | Tiffini Hurd | May | Live |
| 28 | Amanda Richard | May | Live |
| 29 | Adam Herrington | May | Live |
| 30 | Martin Kosuik, M.D. | May | Live |
| 31 | Puvak Patel, M.D. | May | Live |
| 32 | John Ralston, M.D. | May | Live |
| 33 | Jami Excell Allen | May | Live |
| 34 | Edwena Summers | May | Live |
| 35 | Mindy Shae Hernandez | May | Live |
| 36 | Laura Beth Cooper | May | Live |
| 37 | Shyam Vyas, M.D. | May | Live |
| 38 | City of Lufton Emergency Medical Services Personnel | May | Live |

Respectfully submitted,

By: /s/ Don Tittle
    Don Tittle
    Texas Bar No. 20080200
    don@dontittlelaw.com
**LAW OFFICES OF DON TITTLE, PLLC**
8350 North Central Expressway, Suite M1085
Dallas, Texas 75206
214/522-8400
214/389-1002- FAX
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of this document has been served upon counsel for Defendants in accordance with the Federal Rules of Civil Procedure on this 27th day of April, 2022.

                  */s/ Don Tittle*
                  Don Tittle