IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LOUVINIA LAMBERT, AS NEXT FRIEND TO D.R., A MINOR, AND VERLINE HARTMAN, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 9:20-cv-00097 JUDGE MICHAEL J. TRUNCALE |
| ANGELINA COUNTY, TEXAS AND SOUTHERN HEALTH PARTNERS, INC., | § § § § | |
| *Defendants.* | § § | |

## ORDER DISMISSING WITH PREJUDICE
## DEFENDANT SOUTHERN HEALTH PARTNERS, INC.

Before the Court is Plaintiffs' Motion to Dismiss with Prejudice Defendant Southern Health Partners, Inc. [Dkt. 118]. The Plaintiffs are seeking a dismissal with prejudice as to their remaining claims in this matter against Defendant Southern Health Partners, Inc.

It is therefore **ORDERED** that this Plaintiffs' remaining claims are hereby **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs or as otherwise ordered by this Court.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 14th day of November, 2022.**

*Michael J. Truncale*

Michael J. Truncale
United States District Judge